*Messrs. T. W. Greer* and *James B. O'Flynn* for Relator.

No. 8484.   STATE ex Rel. H. G. TODD, as TREASURER of the TOWN of RYEGATE, MONTANA, et al., Relators, *v.* DISTRICT COURT for the COUNTY of VALLEY, and HON. GEORGE W. PADBURY, Jr., Judge Presiding, Respondents.

Decided December 8, 1943.

PER CURIAM.—The writ applied for herein is denied.